443 A.2d 376

Kimmel, Appellant v. Penn Central Trans. Co.

Submitted February 19, 1981. Keith S. Erbstein, for appellant; Theodore Kerrine, for appellee. Before PRICE, MONTEMURO and VAN der VOORT, JJ. Judgment affirmed.

443 A.2d 376

Matero, Appellant v. Keystone Insurance Company.

Submitted December 16, 1981. Sidney I. Leabman, for appellant; Mark R. Bosinak, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.
Order affirmed.

BECK, J., concurred in the result.

POPOVICH, J., concurred in the result.